IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | No. 3:07-CR-0101-K (01) |
| | § | |
| EDUARDO MORALES-PEREZ. | § | |

## AMENDED REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On May 15, 2007, this Court entered a report and recommendation for Eduardo Morales-Perez (doc. 20). This is an amendment to that report and recommendation. Eduardo Morales-Perez, by consent, under authority of *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Federal Rule of Criminal Procedure 11, and has entered a plea of guilty to the **One Count Indictment** filed on March 21, 2007 (doc. 11). After cautioning and examining Defendant Eduardo Morales-Perez under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty and plea agreement be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date: May 25, 2007.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).